STATE of Missouri, Respondent,

v.

**Amy R. HAMER, Appellant.**

**WD 76001**

Missouri Court of Appeals,
Western District.

Order Filed: October 21, 2014

Richard Anthony Starnes, Jefferson City, Counsel for Respondent.

Ruth Sanders, Kansas City, Counsel for Appellant.

Before Division Two: Victor C. Howard P.J., James E. Welsh, Anthony Rex Gabbert JJ.

### ORDER

Per Curiam:

Amy R. Hamer appeals from a judgment entered upon a jury verdict finding her guilty of one count of burglary in the second degree in violation of Section 569.170, RSMo 2000. We affirm. Rule 30.25(b).